

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| AMERICAN TRUCKING AND TRANSPORTATION INSURANCE COMPANY, a Risk Retention Group,<br><br>Plaintiff,<br><br>vs.<br><br>RALPH NELSON, ROBERT GORMAN, SR., BOBBY J. GORMAN, DARRELL GORMAN, LIZ CANNON, and DAN DOOLEY,<br><br>Defendant. | CV 16–160–M–DLC<br><br>ORDER |

Defendant Dan Dooley moves for the admission of Kenneth Ulrich and Meredith Kirshenbaum to practice before this Court in this case with Reid J. Perkins of Worden Thane P.C. to act as local counsel. The applications appear to be in order.

Accordingly, IT IS ORDERED that Defendant Dooley's motion to admit Kenneth Ulrich and Meredith Kirshenbaum *pro hac vice* (Doc. 6) is GRANTED on the condition that Mr. Ulrich does his own work and Ms. Kirshenbaum does her on work. This means that they must: (1) do their own writing; (2) sign their own pleadings, motions, and briefs; and (3) appear and participate personally.

Counsel shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Ulrich and Ms. Kirshenbaum within fifteen (15) days of this Order, file a separate pleading acknowledging their admission under the terms set forth above.

DATED this 13th day of March, 2017.

*Dana L. Christensen*
Dana L. Christensen, Chief Judge
United States District Court