IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| AMERICAN TRUCKING AND TRANSPORTATION INSURANCE COMPANY, a Risk Retention Group,<br><br>Plaintiff,<br><br>vs.<br><br>RALPH NELSON, ROBERT GORMAN, SR., BOBBY J. GORMAN, DARRELL GORMAN, LIZ CANNON, and DAN DOOLEY,<br><br>Defendant. | CV 16–160–M–DLC<br><br>ORDER |

Before the Court is Plaintiff's Motion to Dismiss Defendants Darrell Gorman and Liz Cannon. Finding good cause appearing,

IT IS ORDERED that Defendants Darrell Gorman and Liz Cannon are DISMISSED WITH PREJUDICE from this action.

DATED this 19th day of May, 2017.

Dana L. Christensen, Chief Judge
United States District Court

-1-