IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED
AUG 3 0 2017
Clerk, U S District Court
District Of Montana
Missoula

| | |
|---|---|
| AMERICAN TRUCKING AND TRANSPORTATION INSURANCE COMPANY, a Risk Retention Group,<br><br>Plaintiff,<br><br>vs.<br><br>RALPH NELSON, ROBERT GORMAN, SR., BOBBY J. GORMAN, DAN DOOLEY, and WESTCHESTER SURPLUS LINES INSURANCE COMPANY,<br><br>Defendants. | CV 16–160–M–DLC<br><br>ORDER |

Defendant Westchester Surplus Lines Insurance Company moves for the admission of Richard C. Mason to practice before this Court in this case with Bryan R. Campbell to act as local counsel. The application appears to be in order.

Accordingly, IT IS ORDERED that Defendant's motion to admit Richard C. Mason *pro hac vice* (Doc. 43) is GRANTED on the condition that Mr. Mason does his own work. This means that he must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system (CM-ECF).

1

Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Mason within fifteen (15) days of this Order, files a separate pleading acknowledging his admission under the terms set forth above.

DATED this 30th day of August, 2017.

Dana L. Christensen, Chief Judge
United States District Court