

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| AMERICAN TRUCKING AND TRANSPORTATION INSURANCE COMPANY, a Risk Retention Group,<br><br>Plaintiff,<br><br>vs.<br><br>RALPH NELSON, ROBERT GORMAN, SR., BOBBY J. GORMAN, DAN DOOLEY, and WESTCHESTER SURPLUS LINES INSURANCE COMPANY,<br><br>Defendants. | CV 16–160–M–DLC<br><br>ORDER |

Pursuant to the parties' stipulation filed on September 20, 2017,

IT IS ORDERED that all parties shall have thirty (30) days from the date of any denial by the Court of Defendant Westchester Surplus Lines Insurance Company's Motion to Compel Arbitration and to Stay Plaintiff's Claims against Westchester (Doc. 48, 49) to file their opposition to Defendant Westchester's Motion Pursuant to Fed. R. Civ. P 12(B)(6) to Dismiss Plaintiff's Claims Against Westchester (Doc. 51).

Dated this 26th day of September, 2017.

Dana L. Christensen, Chief Judge
United States District Court