IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED

NOV 08 2018

Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| AMERICAN TRUCKING AND TRANSPORTATION INSURANCE COMPANY, a Risk Retention Group,<br><br>Plaintiff,<br><br>vs.<br><br>RALPH NELSON, ROBERT GORMAN, SR., BOBBY J. GORMAN, DAN DOOLEY, and WESTCHESTER SURPLUS LINES INSURANCE COMPANY,<br><br>Defendants. | CV 16–160–M–DLC<br><br>ORDER |

Before the Court is the Order of the Ninth Circuit Court of Appeals granting Westchester Surplus Lines Insurance Company ("Westchester")'s motion to stay the district court's April 20, 2018 order pending appeal. (Doc. 98.) The Court understands the Order (Doc. 98) to stay all district court proceedings, as the Court cannot meaningfully stay the April 20, 2018 order.

IT IS ORDERED that this matter is STAYED pending disposition of Westchester's appeal.

IT IS FURTHER ORDERED that all associated deadlines are VACATED.

DATED this 8th day of November, 2018.

/s/ Dana L. Christensen
Dana L. Christensen, Chief Judge
United States District Court