IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION


FILED
SEP 16 2019
Clerk, U.S. District Court
District Of Montana
Missoula

| | |
|---|---|
| AMERICAN TRUCKING AND TRANSPORTATION INSURANCE COMPANY, a Risk Retention Group,<br><br>Plaintiff,<br><br>vs.<br><br>RALPH NELSON, ROBERT GORMAN, SR., BOBBY J. GORMAN, DAN DOOLEY, and WESTCHESTER SURPLUS LINES INSURANCE COMPANY,<br><br>Defendants. | CV 16–160–M–DLC<br><br>ORDER |

On August 27, 2019, the Court ordered the parties to show cause why their pending motions for summary judgment should not be dismissed as moot, given the submission of coverage issues arising under the Westchester Policy to arbitration. (Doc. 108.) Defendant Westchester Surplus Lines Insurance Company did not file a response, and Plaintiff American Trucking and Transportation Insurance Company does not object to dismissal of its motion for summary judgment.

Accordingly, IT IS ORDERED that the pending motions for summary

judgment (Docs. 51 & 74) are DISMISSED AS MOOT. The Court recognizes that the parties have not waived any substantive legal arguments.

DATED this 16th day of September, 2019.

*Dana L. Christensen*
Dana L. Christensen, Chief Judge
United States District Court