IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| AMERICAN TRUCKING AND TRANSPORTATION INSURANCE COMPANY, a Risk Retention Group,<br><br>Plaintiff,<br><br>vs.<br><br>RALPH NELSON, ROBERT GORMAN, SR., BOBBY J. GORMAN, and WESTCHESTER SURPLUS LINES INSURANCE COMPANY,<br><br>Defendants. | CV 16–160–M–DLC<br><br>ORDER |

Before the Court is the parties' Stipulated Motion for Dismissal with Prejudice. (Doc. 120.) The parties represent that this matter "has been fully compromised and settled on the merits" and request an order dismissing this matter with prejudice, with "each party to bear its own costs and fees." (*Id.*)

Accordingly, IT IS ORDERED that the above-captioned action is dismissed with prejudice as fully and finally settled upon the merits, with each party to bear its own costs and fees.

DATED this 29th day of September, 2021.

/s/ Dana L. Christensen
Dana L. Christensen, District Judge
United States District Court